NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

GARY L KAHLER ,

    Debtor(s)

BK–26–12218–nmc
CHAPTER 7

Adversary Proceeding: 26–01096–nmc

CAROL KAHLER, et al,

    Plaintiff(s)

vs

GARY L KAHLER, et al,

    Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  October 29, 2026
Hearing Time:  9:30am

I, ___LOUIS M. BUBALA III___, certify that I am at least 18 years old and not a party to the matter concerning
      (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on ___JULY 15, 2026___ . Also served the court's local forms for adversary proceeding procedures and
    (date)
adversary complaint package

by:

☒      Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
     Gary L. Kahler, 4975 Steptoe St, Ste 800, Las Vegas, NV 89122-1928
     Matthew L. Johnson, Johnson & Gubler, P.C., 8831 West Sahara Ave., Las Vegas, NV 89117

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
     addressed to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: (Describe briefly)

☐      State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: ___July 15, 2026_____          Signature: _____

Print Name: _____Louis M. Bubala III_____

Business Address:___50 W. Liberty St., Ste 1100_____

City: _Reno_____ State: ___NV_____ Zip: __89501-1951___