NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

GARY L KAHLER ,

                Debtor(s)

CAROL KAHLER, et al,

                Plaintiff(s)

v.

GARY L KAHLER, et al,

                Defendant(s)

BK–26–12218–nmc
CHAPTER 7

Adversary Proceeding: 26–01096–nmc

NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

Hearing Date:      10/29/26
Hearing Time:     10:30 AM

**NOTICE IS GIVEN** that a rescheduled Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 10/29/26 |
| Hearing Time: | 10:30 AM |
| Hearing Phone Number: | (833) 435–1820 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788# |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*1* – Adversary case 26–01096. Complaint Filed by Carol Kahler vs. GARY L KAHLER Fee Amount $350. (64 (Dischargeability – 523(a)(15), divorce/sep property settlement/decree)(61 (Dischargeability – 523(a)(5), domestic support)(68 (Dischargeability – 523(a)(6), willful and malicious injury)(BUBALA, LOUIS)

This hearing is scheduled for the following reason:

Rescheduled as to the Time of the Hearing.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 7/23/26

*Dan Owens*

Dan Owens
Clerk of Court